CH



KC FILED
DEC 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: ROBERT J. LARSON
(Please print)

STREET ADDRESS: 5334 N. KENMORE APT 1N

CITY/STATE/ZIP: CHICAGO, IL 60640

PHONE NUMBER: (773) 989-5588

CASE NUMBER: 07CV7283
JUDGE ASPEN
MAGISTRATE JUDGE ASHMAN

Signature Date
ROBERT J. LARSON