CH

KC FILED
DEC 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  ROBERT J. LARSON           )

                                          07CV7283
            V.                            JUDGE ASPEN
Defendant(s) PEAKE INVESTMENTS LP         MAGISTRATE JUDGE ASHMAN
             NANCY H. McKINNEY
             DANIEL MAY ROSENTHAL
             ARTHUR JOHN HASS III

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, ROBERT J. LARSON ,declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE**: This item *must* be completed]:

   LEGAL AID SOCIETY TURNED MY LAWSUIT DOWN. THEY FELT THAT IT WAS NOT AS STRONG AS OTHER CASES.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

ROBERT J. LARSON                         5334 N. KENMORE APT 1N
Movant's Signature                       Street Address

DECEMBER 28, 2007                        CHICAGO, IL 60640
Date                                     City, State, ZIP