U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case No.: 07 CV 07283

ROBERT J. LARSON,

       Plaintiff,

       vs.

PEAK 6 INVESTMENTS, LP, ARTHUR
JOHN HASS, III, NANCY MCKINNEY
and DANIEL MAX ROSENTHAL,

       Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PEAK 6 INVESTMENTS, LP, ARTHUR JOHN HASS, NANCY MCKINNEY and DANIEL MAX ROSENTHAL**

| |
|---|
| NAME(Type or Print)<br>Thomas J. Posey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Thomas J. Posey |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (See Item 3 in Instructions)<br>06280886 | TELEPHONE NUMBER<br>Phone: (312) 786-6107 Fax: (312) 986-9192 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE     YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE    YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☐          NO ☒ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ ||

367722.1