U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case No.:  07 CV 07283

ROBERT J. LARSON,

        Plaintiff,

        vs.

PEAK 6 INVESTMENTS, LP, ARTHUR
JOHN HASS, III, NANCY MCKINNEY
and DANIEL MAX ROSENTHAL,

        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PEAK 6 INVESTMENTS, LP, ARTHUR JOHN HASS, NANCY MCKINNEY and DANIEL MAX ROSENTHAL**

| | |
|---|---|
| NAME(Type or Print) <br> Sally J. Scott | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Sally J. Scott | |
| FIRM <br> Franczek Sullivan P.C. | |
| STREET ADDRESS <br> 300 South Wacker Drive, Suite 3400 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (See Item 3 in Instructions) <br> 06204350 | TELEPHONE NUMBER <br> Phone:  (312) 786-6132   Fax:  (312) 986-9192 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE           YES ☒           NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE          YES ☐           NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES ☒           NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? <br> YES ☒           NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS: <br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |

367723.1