IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT J. LARSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 07-CV-7283 |
| PEAK6 INVESTMENTS, LP, ARTHUR JOHN HASS, III, NANCY MCKINNEY AND DANIEL MAX ROSENTHAL, | ) Judge Marvin E. Aspen |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants PEAK6 Investments, LP, Arthur John Hass, Nancy McKinney and Daniel Max Rosenthal submit this Motion for a thirty-day extension of time, until March 6, 2008 to file an Answer or otherwise respond to Plaintiff Robert J. Larson's Complaint, and state the following in support:

1.   Plaintiff filed his *Pro Se* Complaint in the above-captioned lawsuit on December 28, 2007.  That Complaint was served on Defendants on or about January 16, 2008.

2.   Without an extension of time, Defendants' Answer or other responsive pleading is due on February 5, 2008.

3.   Plaintiff's Complaint contains 171 separately numbered allegations against Defendants that each require a response.  Plaintiff also attached 32 exhibits to his Complaint in support of these allegations that Defendants must review.

4.   Accordingly, Defendants are in need of additional time to assemble relevant information and documents in order to prepare an Answer or otherwise responsive pleading.

368525.1

5. On January 31, 2008 one of Defendants' counsel, Thomas J. Posey, attempted to contact Plaintiff to determine whether he would oppose Defendants' extension request. Mr. Posey left a message for Plaintiff but was unable to reach him directly.

WHEREFORE, for the foregoing reasons, Defendants PEAK6 Investments, LP, Arthur John Hass, Nancy McKinney and Daniel Max Rosenthal request that the Court grant them a 30-day extension of time, until March 6, 2008, to file an Answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

PEAK 6 INVESTMENTS, LP, ARTHUR JOHN HASS, NANCY MCKINNEY and DANIEL MAX ROSENTHAL

s/Thomas J. Posey
One of Their Attorneys

Sally J. Scott (A.R.D.C. #06204350)
Thomas J. Posey (A.R.D.C. #06280886)
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
sjs@franczek.com
tjp@franczek.com
Dated: January 31, 2008

368525.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the party listed below by depositing a true and correct copy of same, postage prepaid, in the U.S. Mail chute at 300 South Wacker Drive, Chicago, Illinois, prior to 5:00 p.m. on this 31st day of January, 2008:

> Mr. Robert J. Larson
> 5334 North Kenmore
> Apartment No. 1N
> Chicago, Illinois 60640

> s/Thomas J. Posey
> One of Their Attorneys

Sally J. Scott (A.R.D.C. #06204350)
Thomas J. Posey (A.R.D.C. #06280886)
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
sjs@franczek.com
tjp@franczek.com
Dated:  January 31, 2008

368525.1