IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT J. LARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07-CV-7283 |
| ) | |
| PEAK6 INVESTMENTS, LP, ARTHUR ) | Judge Marvin E. Aspen |
| JOHN HASS, III, NANCY MCKINNEY AND ) | |
| DANIEL MAX ROSENTHAL, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: Mr. Robert J. Larson
5334 North Kenmore
Apartment No. 1N
Chicago, Illinois 60640

PLEASE TAKE NOTICE THAT on **Tuesday, February 5, 2008, at 10:30 a.m.** we shall appear before the Honorable Judge Marvin E. Aspen, Courtroom 2568, 219 South Dearborn Street, Chicago, Illinois and present **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

PEAK 6 INVESTMENTS, LP, ARTHUR
JOHN HASS, NANCY MCKINNEY and
DANIEL MAX ROSENTHAL

s/Thomas J. Posey
_____
One of Their Attorneys

Sally J. Scott (A.R.D.C. #06204350)
Thomas J. Posey (A.R.D.C. #06280886)
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
sjs@franczek.com
tjp@franczek.com
Dated: January 31, 2008

368526.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the party listed below by depositing a true and correct copy of same, postage prepaid, in the U.S. Mail chute at 300 South Wacker Drive, Chicago, Illinois, prior to 5:00 p.m. on this 31st day of January, 2008:

>Mr. Robert J. Larson
>5334 North Kenmore
>Apartment No. 1N
>Chicago, Illinois 60640

>     s/Thomas J. Posey
>              One of Their Attorneys

Sally J. Scott (A.R.D.C. #06204350)
Thomas J. Posey (A.R.D.C. #06280886)
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
sjs@franczek.com
tjp@franczek.com
Dated: January 31, 2008

368526.1