**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Robert J Larson
                                 Plaintiff,

v.                                            Case No.: 1:07−cv−07283
                                                             Honorable Marvin E. Aspen

PEAK6 Investments LP, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 1/31/08:Defendants' Motion for extension of time [11] to answer or otherwise respond to plaintiff's complaint, until 3/6/08 is granted. Motion terminated. The status hearing set for 2/21/08 is reset to 3/11/2008 at 10:30 AM. The motion hearing set for 2/5/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.