AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**FOREIGN**

## SUMMONS IN A CIVIL CASE

ROBERT J. LARSON

V.

NANCY H. McKINNEY

CASE: 07CV7283
ASSIGNED JUDGE: JUDGE ASPEN
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

NANCY H. McKINNEY
c/o PEAK6 INVESTMENTS LP
141 W. JACKSON BLVD
SUITE 500
CHICAGO, IL 60604

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. LARSON
5334 N. KENMORE APT 1N
CITY, IL 60640

an answer to the complaint which is herewith served upon you, **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: DEC 28 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                Signature of Server

                                   _____
                                   Address of Server

FILED
FEB - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
TYPE LAW              SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS          DISTRICT 907

SHERIFF'S NUMBER 942180-001D  CASE NUMBER 07CV7283    DEPUTY: HALL 436

FILED DT 12-28-2007 RECEIVED DT 01-16-2008 DIE DT 01-30-2008 MULTIPLE SERVICE   1
   DEFENDANT                               ATTORNEY
MCKINNEY, NANCY H.                         ROBERT J. LARSON
141 W JACKSON BL                           5334 N. KENMORE
CHICAGO IL. 60604                          CHICAGO IL. 60640
SUITE 500                                  773 989-5588
PLAINTIFF LARSON, ROBERT J.

SERVICE INFORMATION: CF   C/O PEAK6 INVESTMENTS LP                  FOREIGN
```

****************************************************************************

(A)  ✓ I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

..✓..1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
.....3 SERVICE ON:  CORPORATION_____ COMPANY_____ BUSINESS_____ PARTNERSHIP_____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B) THOMAS J. DART, SHERIFF, BY:_____Hall 436___, DEPUTY
    1 SEX F M/F   RACE W   AGE 51
    2 NAME OF DEFENDANT MCKINNEY, NANCY H.
      WRIT SERVED ON _____Nancy McKinney_____
      THIS 16 DAY OF JAN, 2008 TIME 10:17 A.M. P.M.

    ADDITIONAL REMARKS _____

****************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG   OFFICE                          ATTEMPTED SERVICES

NEIGHBORS NAME _____                  DATE         TIME  A.M./P.M.

       ADDRESS _____                  _____      ___:___

       REASON NOT SERVED:
                      07 EMPLOYER REFUSAL      _____      ___:___
___01 MOVED          ___08 RETURNED BY ATTY    _____      ___:___
___02 NO CONTACT     ___09 DECEASED
___03 EMPTY LOT      ___10 BLDG DEMOLISHED     _____      ___:___
___04 NOT LISTED     ___11 NO REGISTERED AGT.
___05 WRONG ADDRESS  ___12 OTHER REASONS       _____      ___:___
___06 NO SUCH ADDRESS ___13 OUT OF COUNTY
                                               _____      ___:___