AO 440 (Rev. 05/00) Summons in a Civil Action

50/60   1-16-08ss

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**FOREIGN**

## SUMMONS IN A CIVIL CASE

ROBERT J. LARSON

       V.

ARTHUR JOHN HASS III

CASE NUMBER: 07CV7283
JUDGE ASPEN
MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

ARTHUR JOHN HASS III
C/O OPTIONS HOUSE/PEAKS
303 E. WACKER DRIVE, STE 700
CHICAGO, IL 60601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. LARSON
5734 N. KENMORE APT 2N
CHI, IL 60640

000023-1.1.1 01/16/08 10:48
REF CASE    # 07 007283
1 FOREIGN WRIT         50.00
1 MILEAGE              10.00
REF SHERIFF # 942178
CASE TOTAL             60.00 *

an answer to the complaint which is herewith served upon you, **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_signature_

(By) DEPUTY CLERK

DEC 2 8 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

FILED

FEB - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
TYPE LAW            SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS       DISTRICT 001

                                                                 D. RYCYZYN #5291
SHERIFF'S NUMBER 942178-001D  CASE NUMBER 07CV7283    DEPUTY:_____

FILED DT 12-28-2007 RECEIVED DT 01-16-2008 DIE DT 01-30-2008 MULTIPLE SERVICE   1
    DEFENDANT                                ATTORNEY
HASS, ARTHUR JOHN III                        ROBERT J. LARSON
303 E WACKER DR                              5334 N. KENMORE
CHICAGO IL. 60601                            CHICAGO IL. 60640
STE. 700                                     773 989-5588
PLAINTIFF LARSON, ROBERT J.

SERVICE INFORMATION: CF   C/O OPTIONS HOUSE/PEAK6              FOREIGN
```

**************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

...X 1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME____
.....3 SERVICE ON:  CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL____

(B) THOMAS J. DART, SHERIFF, BY: _____5291_____, DEPUTY

   1 SEX  M/F   RACE W   AGE 50
   2 NAME OF DEFENDANT HASS, ARTHUR JOHN III
        WRIT SERVED ON ___Arthur Hass___

        THIS 25 DAY OF JAN, 20 08 TIME 10:47 A.M./P.M.

   ADDITIONAL REMARKS: pick up the phone    Laura receptionist

**************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG   OFC                          ATTEMPTED SERVICES

NEIGHBORS NAME _____              DATE      TIME  A.M./P.M.
     ADDRESS   _____              1-18     958A  5291   not in yet
                                            1/23     946A  5291   out of town
        REASON NOT SERVED:
                  07 EMPLOYER REFUSAL
  01 MOVED        08 RETURNED BY ATTY
  02 NO CONTACT   09 DECEASED
  03 EMPTY LOT    10 BLDG DEMOLISHED
  04 NOT LISTED   11 NO REGISTERED AGT.
  05 WRONG ADDRESS 12 OTHER REASONS
  06 NO SUCH ADDRESS 13 OUT OF COUNTY

FEE  .00   MILEAGE  .00   TOTAL  .00                            SG20