AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS


FOREIGN

## SUMMONS IN A CIVIL CASE

ROBERT J. LARSON

V.

PEAKG INVESTMENTS LP

CASE NUMBER: 07CV7283
JUDGE ASPEN
MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

PEAKG INVESTMENTS LP
141 W. JACKSON BLVD
STE 500
CHICAGO, IL 60604

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. LARSON
5334 N. KENMORE AVE APT
CHICAGO, IL 60640

an answer to the complaint which is herewith served upon you, __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 28 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

FILED
FEB - 5 2008 ac
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
TYPE LAW           SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS        DISTRICT 007
```

HALL 732

SHERIFF'S NUMBER 942182-001D  CASE NUMBER 07CV7283    DEPUTY: HALL 732

FILED DT 12-28-2007 RECEIVED DT 01-16-2008 DIE DT 01-30-2008 MULTIPLE SERVICE 1
    DEFENDANT                                          ATTORNEY
PEAK6 INVESTMENTS LP                ROBERT J. LARSON
141 W JACKSON BL                      5334 N. KENMORE AVE.
CHICAGO IL. 60604                   CHICAGO IL. 60640
STE. 500                                       773 989-5588
PLAINTIFF LARSON, ROBERT J.

**FOREIGN**

SERVICE INFORMATION: CF

***

(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
      AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
      THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
      _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
      PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
      SAID PARTY REFUSED NAME _____
....3 SERVICE ON: CORPORATION ✓  COMPANY___ BUSINESS___ PARTNERSHIP___
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
      REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B) THOMAS J. DART, SHERIFF, BY _____Hall 732_____, DEPUTY
  1 SEX M /F  RACE W  AGE 50
  2 NAME OF DEFENDANT PEAK6 INVESTMENTS LP
    WRIT SERVED ON  Nancy McKinney R.A.
    THIS 18 DAY OF JAN, 2008 TIME 10:17 A./P.M.

ADDITIONAL REMARKS _____

***

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  OFFICE                          ATTEMPTED SERVICES

NEIGHBORS NAME _____                    DATE        TIME   A.M./P.M.

    ADDRESS _____                       _____ _____:_____ _____

        REASON NOT SERVED:
                07 EMPLOYER REFUSAL         _____ _____:_____ _____
___ 01 MOVED            ___ 08 RETURNED BY ATTY
___ 02 NO CONTACT       ___ 09 DECEASED              _____ _____:_____ _____
___ 03 EMPTY LOT        ___ 10 BLDG DEMOLISHED
___ 04 NOT LISTED       ___ 11 NO REGISTERED AGT.    _____ _____:_____ _____
___ 05 WRONG ADDRESS    ___ 12 OTHER REASONS
___ 06 NO SUCH ADDRESS  ___ 13 OUT OF COUNTY         _____ _____:_____ _____

FEE    .00   MILEAGE    .00   TOTAL    .00                        SG20