AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS


FOREIGN

SUMMONS IN A CIVIL CASE

ROBERT J. LARSON

V.

DANIEL MAX ROSENTHAL

CASE: 07CV7283
ASSIGNED JUDGE: JUDGE ASPEN
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

CASHIER: NICOLE

```
000026-1.1.1 01/16/08 10:08
REF CASE   # 07 000285
1 FOREIGN WRIT        50.00
1 MILEAGE             10.00
REF SHERIFF # 942194
SUBTOTAL              60.00 *
TOTAL                240.00 TL
CHECK 1              240.00
CASHIER: NICOLE
```

TO: (Name and address of Defendant)

DANIEL MAX ROSENTHAL
c/o OPTIONS HOUSE / PEAK 6
303 E. WACKER DRIVE, STE 700
CHICAGO, IL 60601

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. LARSON
5234 N. KENMORE APT 1N
CHI, IL 60640

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DEC 2 8 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

FILED
Feb 5, 2008 ac
FEB - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

              _____
              Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
TYPE LAW                SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS        DISTRICT 001

                                                              D. RYCYZYN #5291
SHERIFF'S NUMBER 942184-001D CASE NUMBER 07CV7283    DEPUTY:_____

FILED DT 12-28-2007 RECEIVED DT 01-16-2008 DIE DT 01-30-2008 MULTIPLE SERVICE   1
    DEFENDANT                                       ATTORNEY
ROSENTHAL, DANIEL MAX                               ROBERT J. LARSON
303 E WACKER DR                                     5334 N.KENMORE
CHICAGO IL. 60601                                   CHICAGO IL. 60640
SUITE 700                                           773 989-5588
PLAINTIFF LARSON, ROBERT J.

SERVICE INFORMATION: CF   C/O OPTIOINS HOUSE/PEAK6           FOREIGN
```

******************************************************************************

(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

....X 1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
        NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
        AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
        RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
        THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
        _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
        PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
        SAID PARTY REFUSED NAME_____
.....3 SERVICE ON: CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
        BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
        REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)   THOMAS J. DART, SHERIFF, BY: _____5291_____, DEPUTY

   1  SEX  M/F    RACE W    AGE 45
   2  NAME OF DEFENDANT ROSENTHAL, DANIEL MAX
      WRIT SERVED ON _____Daniel Rosenthal_____
      THIS 25 DAY OF JAN, 2008 TIME 10:40 A.M./P.M.

   ADDITIONAL REMARKS  pick up the phone        Laura receptionist

******************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  _OF-C_                        ATTEMPTED SERVICES

NEIGHBORS NAME _____        DATE      TIME  A.M./P.M.
                                     1/18     958A   5291    not in yet
    ADDRESS   _____         1/23     946A   5291    out of town

         REASON NOT SERVED:
                  07 EMPLOYER REFUSAL
 01 MOVED         08 RETURNED BY ATTY
 02 NO CONTACT    09 DECEASED
 03 EMPTY LOT     10 BLDG DEMOLISHED
 04 NOT LISTED    11 NO REGISTERED AGT.
 05 WRONG ADDRESS 12 OTHER REASONS
 06 NO SUCH ADDRESS 13 OUT OF COUNTY

FEE  .00   MILEAGE  .00   TOTAL  .00                          SG20