IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT J. LARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07-CV-7283 |
| ) | |
| PEAK6 INVESTMENTS, LP, ARTHUR ) | Judge Marvin E. Aspen |
| JOHN HASS, III, NANCY MCKINNEY AND ) | |
| DANIEL MAX ROSENTHAL, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Mr. Robert J. Larson
5334 North Kenmore
Apartment No. 1N
Chicago, Illinois 60640

PLEASE TAKE NOTICE THAT on **Tuesday, March 11, 2008, at 10:30 a.m.** we shall appear before the Honorable Judge Marvin E. Aspen, Courtroom 2568, 219 South Dearborn Street, Chicago, Illinois and present the **INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

PEAK 6 INVESTMENTS, LP, ARTHUR
JOHN HASS, NANCY MCKINNEY and
DANIEL MAX ROSENTHAL

s/Thomas J. Posey
One of Their Attorneys

Sally J. Scott (A.R.D.C. #06204350)
Thomas J. Posey (A.R.D.C. #06280886)
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
sjs@franczek.com
tjp@franczek.com
Dated: March 6, 2008

368526.1

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 6, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the party listed below by depositing a true and correct copy of same, postage prepaid, in the U.S. Mail chute at 300 South Wacker Drive, Chicago, Illinois, prior to 5:00 p.m. on this 6th day of March, 2008:

     Mr. Robert J. Larson
     5334 North Kenmore
     Apartment No. 1N
     Chicago, Illinois 60640

     s/Thomas J. Posey
      One of Their Attorneys

Sally J. Scott (A.R.D.C. #06204350)
Thomas J. Posey (A.R.D.C. #06280886)
Franczek Sullivan P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300
sjs@franczek.com
tjp@franczek.com
Dated: March 6, 2008

368526.1