UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Robert J Larson
                              Plaintiff,

v.                                             Case No.: 1:07−cv−07283
                                                           Honorable Marvin E. Aspen

PEAK6 Investments LP, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 10, 2008:

       MINUTE entry before Judge Marvin E. Aspen dated 3/10/08:Individual defendants are to file a memorandum in support of their moiton to dismiss (Doc. No. 18) on or before 3/17/08. Plaintiffs are to respond to defendants' motion to dismiss [19] on or before 3/31/2008. Defendants are to reply by 4/7/2008. The status hearing set for 3/11/08 is stricken. Ruling is set for 5/22/2008 at 10:30 AM. The motion hearing set for 3/11/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.