UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert J Larson
                                  Plaintiff,

v.                                            Case No.: 1:07−cv−07283
                                                     Honorable Marvin E. Aspen

PEAK6 Investments LP, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 6/3/2008, and continued to 7/24/2008 at 10:30 AM. Parties are to file in advance of the status date, a joint discovery plan. Case is referred to Magistrate Judge Ashman for settlement conference. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.