# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert J Larson

         Plaintiff,

v.                 Case No.: 1:07−cv−07283
                   Honorable Marvin E. Aspen

PEAK6 Investments LP, et al.

         Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: Settlement conference.(gl, )Judicial staff mailed notice.

Dated: June 3, 2008

                          /s/ Marvin E. Aspen

                        United States District Judge