

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Robert J. Larson

                Plaintiff,

v.
                                  Case No.: 07-CV-7283
                                  Magistrate Judge Martin C. Ashman

PEAK6 Investment LP, et al

                Defendant.

---

## PRESETTLEMENT DEMAND LETTER

Below is a list of my pre-settlement demands:

**1. Lost Income.** The total of my lost income due to my forced unemployment from February 2, 2007 through and including October 29, 2007. Nine months at $10,000 gross income per month ($10,000 times nine months) this equals $90,000.

**2. Lost Bonus.** The bonus which I should have received on Friday, January 26, 2007. I received $1,000 in 2006; I think that at least $1,000 is owed for 2007.

**3. Monthly Family Medical Insurance.** My family and I (myself, my wife Sonia and my daughter Lisa) have not been provided with any medical insurance coverage since February 2, 2007. Currently, this totals eighteen months. Eighteen months times $1,600 per month or $28,800.

**4. Court Filing Fees.** $590 in filing fees and $200 in paper and photocopying.

Without any penalties for emotional suffering, the total amount of money which I feel PEAK6 owes me for this unlawful termination is:

| | |
|---|---|
| Lost Income: | $90,000 |
| Lost 2007 Bonus | $1,000 |
| Lost Medical Insurance | $28,800 |
| Court Filing Fees | $790 |
| **TOTAL FUNDS DEMANDED** | **$120,590** |

_[signature]_                      7-17-2008

Robert J. Larson                 Date

Robert J. Larson, Pro Se
5334 N. Kenmore Ave Apt 1N
Chicago, Illinois 60640
Tel: (312) 989-5588
E-mail: rbtjlarson@yahoo.com