

**IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

Robert J. Larson

                    Plaintiff

v.

                                        Case No.: 07-CV-7283
                                        Magistrate Judge Martin C. Ashman

PEAK6 Investment LP, et al

                    Defendant



FILED
AUG 18 2008 NF
AUG 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## SETTLEMENT NOTICE

1. On Monday, August 11, 2008, the plaintiff, Robert J. Larson called Ms. Sally Scott, the attorney for the Defendant at 9:00 AM and accepted their offer of $10,000 to settle this matter.

2. According to Ms. Scott, she would draft a settlement letter and deliver it to the plaintiff via his email account of: rbtjlarson@yahoo.com sometime on Wednesday or Thursday, August 14th or August 15th.

3. The plaintiff did not hear from Ms. Scott, so I sent an email to her legal email address: sjs@franczek.com  inquiring when I might receive the settlement letter and Ms. Scott replied that it was being drafted (see attachment).

4. Since Magistrate Judge Ashman gave us two weeks to settle this matter from Tuesday, August 5, 2008, I wanted to be on written record that I have wanted to settle this matter within the prescribed two week settlement period.

_____                    _8-18-2008_
Robert J. Larson                              Date



**RE: Larson - Case 07-CV-7283**                                    Thursday, August 14, 2008 3:35 PM
From: "Scott, Sally J." <SJS@franczek.com>
To: rbtjlarson@yahoo.com

Mr. Larson,

We are drafting a settlement agreement and I will email the draft to you
shortly.

Sally

-----Original Message-----
From: Robert Larson [mailto:rbtjlarson@yahoo.com]
Sent: Thursday, August 14, 2008 3:23 PM
To: Scott, Sally J.
Subject: RE: Larson - Case 07-CV-7283

TO: Sally Scott, Esq.

Dear Ms. Scott,

Could you please tell me when you and/or your clients are prepared to
meet in order to settle this case?

Thank You.

Robert Larson

----------------------------------------------

Circular 230 Disclosure: Under requirements imposed by the Internal Revenue Service, we inform you that,
unless specifically stated otherwise, any federal tax advice contained in this communication (including any
attachments) is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding any
penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any
transaction or tax-related matter herein.
----------------------------------------------

For more information about Franczek Sullivan P.C., please visit www.franczek.com.

The information contained in this e-mail message or any attachment may be confidential and/or privileged, and
is intended only for the use of the named recipient. If you are not the named recipient of this message, you are
hereby notified that any dissemination, distribution, or copying of this message or any attachment thereto, is
strictly prohibited. If you have received this message in error, please re-send it to the sender and delete the
original from your computer system.
Thank you.
----------------------------------------------