UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert J Larson
                                         Plaintiff,

v.                                                            Case No.: 1:07−cv−07283
                                                          Honorable Marvin E. Aspen

PEAK6 Investments LP, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Magistrate Judge Status hearing held on 8/26/2008. Case settled. Consent form and stipulation to dismiss filed. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Honorable Martin C. Ashman no longer referred to the case. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.