## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert J Larson

                                   Plaintiff,

v.                                          Case No.: 1:07−cv−07283
                                             Honorable Marvin E. Aspen

PEAK6 Investments LP, et al.

                                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/27/08: The parties having consented to proceed before Magistrate Judge Ashman, the status hearing set for 8/28/08, before Judge Aspen, is stricken.Judicial Staff Mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.