MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-26-2008
AUG 26 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Robert J Larson )
)
)
)
Plaintiff, )     Case No. 1:07-CV-07283
)
v. )
)     Magistrate Judge   07CV7283
Peak 6 Investments LP, et al. )     Martin C. Ashman
)
)
)
Defendant. )

## STIPULATION TO DISMISS

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before ___September 26, 2009___ for the sole purpose of enforcing the settlement
(Date)
agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice.

Dated this 26th day of August, 2008

_____       _____
Attorney for Plaintiff                          Attorney for Defendant