# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7283 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Robert J. Larson vs. PEAK6 Investment, LP, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' stipulation to dismiss, this matter is dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before 9/26/2008 for the sole purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | IS |
|---|---|---|